**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| BRIAN MILLER | * | |
| | * | |
| Plaintiff, | * | Case No. 8:12-cv-00928-RWT |
| | * | |
| v. | * | |
| | * | |
| WESTLAKE SERVICES, LLC | * | |
| | * | |
| Defendant | * | |

**NOTICE OF SETTLEMENT**

     PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled the civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which they anticipate will take approximately thirty (30) days.

Respectfully submitted this 7th day of August, 2012.

                                                     **/s/ Robinson S. Rowe**
                                                   Robinson S. Rowe, Bar No. #27752
                                                   5906 Hubbard Drive, Suite 4-A
                                                   Rockville, MD 20852
                                                   TEL: 301-770-4710 / FAX: 301-770-4711
                                                   interoffice@rowepllc.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing Notice of Settlement was served electronically on this 7th day of August, 2012, on:

Harris Eisenstein
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, MD 21201-3305

                                                     **/s/ Robinson S. Rowe**